# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:05CR15

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff )<br>vs. )<br>    )<br>WILLIAM B. PAASEWE, )<br>    Defendant. )<br>    )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** in partial response to the "Motion to Modify Conditions of Detention" ("Motion to Modify") filed by the Defendant, William B. Paasewe, through counsel on October 7, 2005. The matter came on for hearing before the undersigned on the Motion to Modify on October 24, 2005. At this initial hearing, the court learned, among other things, that the government had not yet responded in writing to the Motion to Modify. While the Court does not wish to unduly delay the resolution of this matter, the Court does believe it would benefit from further analysis of the relevant issues from all parties – both the government and the Defendant.

**IT IS THEREFORE ORDERED** that the government shall file its response to the Defendant's Motion to Modify on or before October 31, 2005.

**IT IS FURTHER ORDERED** that the Defendant shall file a reply to the government's response on or before November 4, 2005.

**IT IS FURTHER ORDERED** that the matter shall be set for a further hearing at the convenience of the Court and the parties during the week of November 14, 2005.

**Signed: October 25, 2005**

_____
David C. Keesler
United States Magistrate Judge